3,986-13,14

3-9-15

Court of Criminal Appeals
P.O. Box 12308 Capitol Station
Austin, Texas 78711

Ref, Donnie Lee Sloan
WR-3,986-13
WR-3,986-14

Dear Court;

Please find enclose my Brief for the above
Cause numbers. The T.D.C. Unit is on
lockdown, and no commissary open, so I am short
on supplies am material to work with and hopefully
this will suffice since both Writs are all
out of same District Court Cause Number.

Respectfully,
Donnie L. Sloan
495302 Polunsky Unit
3872 Fm 350 South
Livingston, Tex 77351

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 12 2015

Abel Acosta, Clerk

CAUSE NO. WR-3,986-13
CAUSE NO. WR-3,986-14

| | |
|---|---|
| Ex Parte | Texas Court Of Criminal Appeals |
| Donnie Lee Sloan | Austin, Texas |

PETITIONER'S APPELATE BRIEF

To Honorable Judge Of Said Court:

Comes Now Respectfully, Donnie Lee Sloan, Hereinafter Called Petitioner And Files The Above Styled And Numbered Brief For The Following Reasons To-Wit:

F.

This Honorable Court Has Jurisdiction Pursuant To T.C.C.P. At 1.05 And The Fact That This Court Has Jurisdiction Over All 11.07 Habeas Corpus Applications.

II.

Since Both Of These Cause Numbers Derive Out Of The Same Trial County Cause Of Action And The Fact That I Do Not Have Enough Paper To Put The Two Briefs Seperately I would Appreciate It If The Honorable Court Will Accept This. This T.D.C.J.-I.D Unit Polinsky Unit Is Undergoing One Of Its Major Lock Downs And There Is No Law Library Priviliges, No Commissary Priviliges, Thereby An Inmate Has To Make Do With What He Currently Has On Hand. I Really Do Not Know WHY I Am Bothering With This For My Young Novel Idea That All Citizens In This

GREAT COUNTRY WERE CREATED EQUALLY UNDER THE UNITED STATES CONSTITUTION, AND ALL ACCOUNTABLE. WELL TEXAS YOU PROVED ME WRONG AND HAVE MANAGED TO KEEP ME ILLEGALLY INCARCERATED NOW FOR 35 YEARS OUT OF THE PAST 45 YEARS, REGUARDLES OF THE FACT THAT A DISTRICT COURT IN 1972 TRYED TO ALLOW ME SOME RILIEF, BUT YOU ALL REFUSED TO MAKE THE RELIEF LEGAL AND PUNISHED ME, AND AGAIN IN 1993 A VISITING JUDGE SITTING IN GRAYSON COUNTY TEXAS, RULED ONCE AGAIN THAT THE CONVICTIONS I WAS SENTENCED UNDER WERE VOIDABLE, BUT ONCE AGAIN YOU AND THE BROWN DYNASTY FELT THAT YOU HAD NOT YET HAD YOUR POUND OF FLESH FROM ME AND DECIDED TO KEEP YOUR FOOT ON MY NECK. Well enough on THAT, IT IS ALL OLD DOCUMENTED HISTORY. IT LOOKS AS IF THINGS HAVE NO CHANGED IN GRAYSON COUNTY, TEXAS WHERE THE BROWN FAMILY STILL REIGNS.

CAUSE 064823-A WAS FILED IN THE 397th DISTRICT COURT, GRAYSON COUNTY, TEXAS Close TO TWO MONTHS PRIOR TO ME BEING INDICTED, IT WAS EVEN STAMPED FILED, BUT THE DISTRICT ATTORNEY, JOSEPH D. BROWN, DID NOT WANT TO ALLOW ME TO HAVE MY CAUSE HEARD AT THAT TIME, FOR THE DISTRICT ATTORNEY'S OFFICE COULD NOT USE MY (5) ILLEGAL PRIOR CONVICTIONS TO BROWBEAT OR COERCASE ME WITH TO FORCE A CONVICTION OUT OF ME, AND SINCE THE DISTRICT ATTORNEY'S OFFICE HAD A

-2-

Direct link to the district clerk's office, it was no problem in having the district clerk scratch out the file marks on my writ and send it back to me because it was not on one of their forms, (actually I have not seen a pre-conviction form in the state of Texas) any way the district clerk is the wife to one of the assistant district attorney's. I went ahead and redid the writ and put it on a post conviction form, and even this was not good enough, for I still had not been indicted. This was not the only district court in Grayson County I was attempting to file a habeas corpus application, for I was also trying to file a 11.07 post-conviction writ application in the 59th district court, I redid both writs and put them on 11.07 forms, and this was not good enough. On the writ application for the 59th district court the district clerk sent it all back, stating that there is no Judge Brown in the 59th district court.

Once again I had to point out that the question in the writ form is, "who was the judge that sentenced you"? Well it was Judge Brown. The clerk told me if I would redo this one more time she would assuredly see that my

-3-

WRITS WERE PROPERLY FILED. TWO DAYS LATER WHILE WORKING ON THESE BOGUS CHARGES I WAS INDICTED, WHICH MEANT THAT THE 397rd DISTRICT COURT NO LONGER HAD TO WORRY ABOUT HEARING THIS WRIT AND THE FACT THAT NOW THE DISTRICT ATTORNEY COULD REACH OUT AND MAKE ME ENTER A GUILTY PLEA OF SOME KIND WITH THE USE OR THREAT TO USE THE (5) ILLEGAL SENTENCES (PRIORS) FOR ENHANCEMENT TO GIVE ME AN AUTOMATIC LIFE SENTENCE. THE LAST TIME I WENT BEFORE A JURY, I WAS INNOCENT, BUT IN 1988 THE DISTRICT ATTORNEY WAS ABLE TO LET THE JURY IN THE GUILT AND INNOCENT PHASE KNOW THAT I ALREADY HAD 50yrs, AND THIS AUTOMATICALLY GOT ME FOUND GUILTY. I COULD NOT AFFORD TO LET THIS HAPPEN AGAIN AND GET AN AUTOMATIC LIFE SENTENCE; BUT THE ASSISTANT DISTRICT ATTORNEY SAW THAT I WAS BEING DONE WRONGLY, AND ALLOWED ME TO ENTER A PLEA TO THE LEAST TIME HE COULD. MY LAWYER HAD A COPY OF THE CONTRACT FOR ME TO BE ON THE PROPERTY WORKING; AND I GAVE THE TRIAL JUDGE A WRITTEN SIGNED CONFESSION FOR THE MAN I HAD HIRED TO HELP ME CLEAN OUT THE CONTAMINATED PROPERTY WITH DEAD ANIMALS IN THE GARAGE,

4

WHERE-BY THE HIRED HELP PRECIDED IT
WAS TOO DIRTY FOR HIM AND TOOK IT
UPON HIMSELF TO QUIT WORKING FOR ME
AND WENT AND BROKE INTO THE RESIDENCE
WITHOUT ME KNOWING IT AND PRECIDED TO
BURGLARIZE THE HOUSE AND HE WAS AIDING
UP IN THE ADDICT WHEN THE POLICE
ARRIVED AND I WAS STILL LOADING TRASH
AND CONTAMINATE PROPERTY ON MY TRUCK TO
BE CLEANED UP AND BROUGHT BACK.

But Being who I Am, On PAROLE
No One WANTED TO HEAR IT, I HAD MY
PHONE AND WALLET STOLEN THAT DAY
ALSO.

Anyway In 2013 THE U.S. DEPT.
OF VETERANS AFFAIRS, RAISED MY DISIBILITY
TO 100%, PARNOID Schyprance And Brought
FORTH NEW EVIDENCE THAT STATED Much OF
MY BEHAVIOR Could Well BE ASSOCIATED WITH
WHAT THE U.S ARMY DID TO ME BETWEEN
1962-1964, between THE Ages OF 16-18.
AND THAT DUE TO THAT I Would BE
IN TROUBLE WITH SOCIETY FOR THE REST
OF MY LIFE. THAT Could BE TRUE
FOR I HAVE SPENT close TO
38 yrs INCARCERATED OUT OF THE
PAST 53 YERS.

-5-

I HAVE BEEN ~~able~~ TRYING TO GET A COPY OF THAT FROM MY V.A. FILE C 22 199 664, DR. LOPEZ, PHYCIATRIST AT. V.A. CLINIC IN SHERMAN, TEXAS 903 - 487 - 0477, BUT YOU KNOW HOW SLOW THE GOVERMENT MOVES. ANY WAY THE DISTRICT ATTORNEY HAD ALL OF THIS INFORMATION LAYING BEFORE HIM IN WRIT NO. 064823-A; AND HE DECIDED TO SUPRESS IT WHEN THE BUBBAT ME INTO ENTERING A GUILTY PLEA, AND THAT IS WHY THERE IS A WRIT NO. 064828-B

YOU SEE ONE OF THEM WR - 3, 986 -13 WAS NOT ACTUALLY A POST CONVICTION WRIT, IT WAS A PRE-INDICTMENT WRIT APPLICATION, AND NOW THE DISTRICT ATTORNEY'S OFFICE IS ATTEMPTING TO FAST TRACK THE TWO WRITS FROM THE 397ᵗʰ AND THE ONE FROM THE 59ᵗʰ ALL AT-ONCE, NOT ALLOWING ME ANY TIME TO FILE A RESPONSE FROM ANY OF THEM BY HAVING THE FACT FINDINGS SIGNED WITH IN 4 days AFTER THEM RESPONSE WAS WRITTEN, BUT I DID GO AHEAD AND FILE FOR AN EXTENTION OF TIME TO RESPOND TO THE STATE, AND ALSO A Supplementol 11.07 WRIT APPLICATION WITH-IN ONE OF

-6-

THE MOTIONS. WE DO NOT WANT TO EVEN LOOK INTO ALL OF THEM TOGETHER, FOR I WOULD ONCE AGAIN BE CHARGED WITH EMBARASSING A DISTRICT JUDGE, AND BELIEVE ME I HAD NOTHING TO DO WITH WHAT TOOK PLACE, SO PLEASE DO NOT ASK, FOR I AM TOO OLD NOW (68 yrs old) AND TOO WORE OUT FROM ABUSE OVER THE PAST 50 yrs AT THE HONORABLE COURT'S HANDS DIRECTLY AND INDIRECTLY TO HANDLE ANY MORE.

Some where In THE BACK OF MY MIND THERE Is A SMALL VOICE THAT SAYS, I AM STILL A PROUD SOLDIER U.S ARMY, PARATROOPER, AND WE ALL STAND FOR Something In THIS COUNTRY, AND WE ALL LIVE UNDER ONE U.S CONSTITUTION. I AM STILL PROUD TO BE WHO I AM REGARDLESS OF WHAT ALL HAS BEEN DONE WRONGLY TO ME AND ALL I CAN DO Is LEAVE IT ALL IN THE LORD'S HANDS.

I RESPECTFULLY PRAY THAT THE RELIEF I REQUESTED

-7-

BE GRANTED. THE V.A. HAS SOME PROGRAMS THAT THEY WERE PUTTING ME THRU TO HELP ME PULL THE LITTLE BIT OF MY LIFE TOGETHER THAT I NEED TO GET BACK TO.

I CAN LIVE WITH WHAT EVER YOU DECIDE AS YOU CAN SEE FOR YOU TOOK 20 YRS AWAY FROM ME IN RETRIBUTION AND PUT THE 50 YRS, BACK ON ME, I SURVIVED, WORKED AND EARNED (2) MASTER'S DEGREES, FROM U. of H., ONE IN LIT, ONE IN PSYCH, WHILE LOCKED UP.

IF THE GOOD LORD CAN FORGIVE ME, AND I KNOW HE HAS, THEN MAY BE THIS COURT CAN DO THE SAME, OR GRANT ME WHAT EVER RELIEF YOU DEEM AS JUST AND PROPER.

RESPECTFULLY,

Donnie L. Sloan

Donnie L. Sloan  Pro Se
495302  Polunsky Unit
3872 Fm 350 South
Livingston, Tex 77351

—8—

# DECLARATION

I, Donnie L. Sloan, Do So State
I Am The Petitioner, And That The
Facts Stated Here In, There In In
The Brief Are True And Correct
To The Best Of My Knowledge On This
The 7 day Of March, 2015
Under The Penalty Of Perjury, -

Respectfully

Donnie L. Sloan
DONNIE L. SLOAN                    PRO SE
498302              Polunsky Unit
3872 FM 350 South
Livingston, Tex       77351

-9-

# PAUPERIS AFFADAVIT

I, Donnie L Sloan, Do So State
That I Am Indigend And Unable
To Pay Said Filing Fee Or Any Other
Cost Associated With Cause No. WR-3,986-13
Cause No. WR-3986-14 Or Show Security
Therefor, And Also Ask To Be Allowed
To Proceed Under The Guide Lines For
An Indigen Person, And so State That
This Statement Is True And Correct To
The Best Of My Knowledge One This
The 9 Day Of March 2015,
Under Penalty Of Perjury,

Respectfully,

Donnie L Sloan

Donnie L Sloan                Pro se
495302                Polunsky Unit
3872 Fm 350 South
Livingston, Tex 77351

— 10 —